IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD F. ADAMS                         PLAINTIFF

v.                  CIVIL NO. 07-2133

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                        DEFENDANT

**ORDER**

Now on this 16th day of October 2008, comes on for consideration the Report and Recommendation dated September 26, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, and remands this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 16 2008

CHRIS R. JOHNSON, CLERK
BY
     DEPUTY CLERK

AO72A
(Rev. 8/82)