IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD F. ADAMS                                                                     PLAINTIFF

    v.                            CIVIL NO. 07-2133

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                       DEFENDANT

## **O R D E R**

On this 17th day of February, 2011, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on January 21, 2011, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2401.11, representing 13.70 attorney hours at an hourly rate of $174.00 per hour and $17.31 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

    IT IS SO ORDERED.

                                                                                          /s/ Robert T. Dawson
                                                                                          HON. ROBERT T. DAWSON
                                                                                          UNITED STATES DISTRICT JUDGE